| | |
|---|---|
| Kristen G. Simplicio (Bar No. 263291) | Mark D. Campbell |
| Anna Haac (*pro hac vice*) | Michael L. Mallow |
| **TYCKO & ZAVAREEI LLP** | Nalani Lin Crisologo |
| 2000 Pennsylvania Avenue Northwest, Suite 1010 | **SHOOK HARDY AND BACON LLP** |
| Washington, District of Columbia 20006 | 2049 Century Park East Suite 3000 |
| Telephone: (202) 919-5852 | Los Angeles, CA 90067 |
| Facsimile: (202) 973-0950 | Telephone: (424) 324-3412 |
| ksimplicio@tzlegal.com | Facsimile: (424) 204-9903 |
| ahaac@tzlegal.com | mdcampbell@shb.com |
| | mmallow@shb.com |
| | ncrisologo@shb.com |
| Annick M. Persinger (Bar No. 272996) | Melanie M. Blunschi |
| **TYCKO & ZAVAREEI LLP** | Elizabeth Lee Deeley |
| 10880 Wilshire Blvd., Suite 1101 | **LATHAM AND WATKINS LLP** |
| Los Angeles, CA 90024 | 505 Montgomery Street Suite 2000 |
| Telephone: (213) 425-3657 | San Francisco, CA 94111-6538 |
| apersinger@tzlegal.com | Telephone: (415) 391-0600 |
| | Facsimile: (415) 995-8095 |
| | melanie.blunschi@lw.com |
| | elizabeth.deeley@lw.com |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |
| [additional Counsel on signature page] | |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| IOLA FAVELL, SUE ZARNOWSKI, and MARIAH CUMMINGS, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA and 2U, INC.,<br><br>Defendant. | Case No. 2:23-cv-03389-GW-MAR<br><br>**JOINT STIPULATION REGARDING REPLY BRIEFS IN SUPPORT OF MOTION TO REMAND ACTION TO STATE COURT AND MOTION TO STAY** |

Plaintiffs Iola Favell, Sue Zarnowski, and Mariah Cummings (collectively "Plaintiffs") and Defendants 2U, Inc. ("2U") and University of Southern California ("USC") (collectively "Defendants") by and through their undersigned counsel, hereby stipulate and agree as follows and jointly request that the Court enter an Order approving this Stipulation.

**WHEREAS**, on May 24, 2023, Plaintiffs filed their Notice of Motion and Motion to Remand Action to State Court (Dkt. 30) ("Remand Motion") and USC filed its Motion to Stay Action (Dkt. 31) ("Stay Motion") (collectively "May 24 Motions");

**WHEREAS**, pursuant to C.D. Cal. L.R. 7-10 and the parties' Stipulation Regarding Time for Defendants to Respond to the Class Action Complaint and Set a Briefing Schedule on Motion for Remand and Motion to Stay, Judge Garnett ordered, among other things, that the hearing on the Remand Motion was scheduled for June 28, 2023, and Plaintiffs and USC were to file their reply briefs to the May 24 Motions by June 14, 2023;

**WHEREAS**, on June 1, 2023, this action was ultimately transferred to the Honorable George H. Wu, and the Court continued the hearing on Plaintiffs' Remand Motion to July 6, 2023;

**WHEREAS**, on June 7, 2023, Defendants 2U and USC each submitted separate oppositions to Plaintiffs' Remand Motion;

**WHEREAS,** in light of the two oppositions, Plaintiffs would find additional time to prepare replies to be beneficial;

**WHEREAS,** continuing the reply deadline for the May 24 Motions will not result in prejudice or undue delay in light of the fact that under C.D. Cal. L.R. 7-10, the replies to the May 24 Motions would be due June 22, 2023,;

**WHEREAS**, counsel for the parties have met and conferred and respectfully submit that good cause exists (1) to extend the deadline for the replies to the May 24 Motions; and (2) for Plaintiffs to file a consolidated reply brief in support of the Remand Motion that complies with the length requirements set forth in C.D. Cal. L.R. 11-6.1;

2

JOINT STIPULATION REGARDING REPLY BRIEFS
*Favell, et al., v. University of Southern California, et al.*, No. 2:23-cv-03389-GW-MAR

IT IS HEREBY STIPULATED AND AGREED THAT:

1. The deadline for Plaintiffs and USC to file a reply brief in support of their May 24 Motions will be June 22, 2023;

2. Plaintiffs shall file a single, consolidated reply brief in support of the Remand Motion responding to Defendants' June 7, 2023, opposition briefs, which shall comply with the length requirements set forth in L.R. 11-6.1.

Respectfully submitted,

Date: June 12, 2023

/s/ Kristen G. Simplicio
Kristen G. Simplicio (Bar No. 263291)
Anna Haac (*pro hac vice*)
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue Northwest, Suite 1010
Washington, District of Columbia 20006
Telephone: (202) 919-5852
Facsimile: (202) 973-0950
*ksimplicio@tzlegal.com*
*ahaac@tzlegal.com*

Annick M. Persinger (Bar No. 272996)
**TYCKO & ZAVAREEI LLP**
10880 Wilshire Blvd., Suite 1101
Los Angeles, CA 90024
Telephone: (213) 425-3657
*apersinger@tzlegal.com*

Sabita J. Soneji (Bar No. 224262)
Cameron R. Partovi (Bar No. 319589)
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, California 94612
Telephone: (510) 254-6808
Facsimile: (202) 973-0950
*ssoneji@tzlegal.com*
*cpartovi@tzlegal.com*

Eric Rothschild (*pro hac vice*)
**NATIONAL STUDENT LEGAL DEFENSE NETWORK**
1701 Rhode Island Avenue Northwest
Washington, District of Columbia 20036
Telephone: (202) 734-7495
*eric@defendstudents.org*

*Counsel for Plaintiffs*

Date: June 12, 2023   /s/ Mark K. Campbell

Mark D. Campbell
Michael L. Mallow
Nalani Lin Crisologo
**SHOOK HARDY AND BACON LLP**
2049 Century Park East Suite 3000
Los Angeles, CA 90067
Telephone: (424) 324-3412
Facsimile: (424) 204-9903
*mdcampbell@shb.com*
*mmallow@shb.com*
*ncrisologo@shb.com*

Holly Pauling Smith (*pro hac vice*)
Taylor B. Markway (*pro hac vice*)
**SHOOK HARDY AND BACON LLP**
2555 Grand Boulevard
Kansas City, MO 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 241-5547
*hpsmith@shb.com*
*tmarkway@shb.com*

*Counsel for Defendant University of Southern California*

Date: June 12, 2023   /s/ Melanie M. Blunschi

Melanie M. Blunschi
Elizabeth Lee Deeley
**LATHAM AND WATKINS LLP**
505 Montgomery Street Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 995-8095
*melanie.blunschi@lw.com*
*elizabeth.deeley@lw.com*

Joseph David Axelrad
Roman Martinez (*pro hac vice*)
**LATHAM AND WATKINS LLP**
355 South Grand Avenue Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
*joseph.axelrad@lw.com*
*roman.martinez@lw.com*

*Counsel for Defendant 2U, Inc.*

4

JOINT STIPULATION REGARDING REPLY BRIEFS
*Favell, et al., v. University of Southern California, et al.*, No. 2:23-cv-03389-GW-MAR

## ATTESTATION

I hereby attest pursuant to L.R. 5-4.3.4(a)(2)(i) that all other signatories listed above, and on whose behalf the filing is submitted, concur in the content of this filing and have authorized this filing.

Dated: June 12, 2023          By: /s/ *Kristen G. Simplicio*
                                  Kristen G. Simplicio