**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| IOLA FAVELL, SUE ZARNOWSKI, and MARIAH CUMMINGS, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA and 2U, INC.,<br><br>Defendant. | Case No. CV 23-3389-GW-MARx<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING REPLY BRIEFS IN SUPPORT OF MOTION TO REMAND ACTION TO STATE COURT AND MOTION TO STAY** |

1

[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING REPLY BRIEFS
*Favell, et al., v. University of Southern California, et al.*, No. 2:23-cv-03389-GW-MAR

## ORDER

Having reviewed the Joint Stipulation Regarding Reply Briefs in Support of Motion to Remand Action to State Court ("Remand Motion") (Dkt. 30) and Motion to Stay (Dkt. 31) (collectively, "May 24 Motions"), submitted by Plaintiffs Iola Favell, Sue Zarnowski, and Mariah Cummings ("Plaintiffs") and Defendants University of Southern California and 2U, Inc. ("Defendants"), and good cause appearing therefore, the Court hereby ORDERS that:

1. The deadline for Plaintiffs and USC to file a reply brief in support of their May 24 Motions will be June 22, 2023;

2. Plaintiffs shall file a single, consolidated reply brief in support of the Remand Motion responding to Defendants' June 7, 2023, opposition briefs, which shall comply with the length requirements set forth in L.R. 11-6.1.

IT IS SO ORDERED.

Dated: June 14, 2023          By: _____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

2

[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING REPLY BRIEFS
*Favell, et al., v. University of Southern California, et al.*, No. 2:23-cv-03389-GW-MAR