LATHAM & WATKINS LLP
Elizabeth L. Deeley (CA Bar No. 230798)
 elizabeth.deeley@lw.com
Melanie M. Blunschi (CA Bar No. 234264)
 melanie.blunschi@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

Roman Martinez (*pro hac vice*)
 roman.martinez@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200
Facsimile: +1.202.637.2201

Attorneys for Defendant 2U, Inc.

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| IOLA FAVELL, SUE ZARNOWSKI, and MARIAH CUMMINGS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA and 2U, INC.,<br><br>Defendants | Case No. 2:23-cv-00846-GW (MARx)<br><br>**STIPULATION REGARDING TIME FOR DEFENDANTS TO RESPOND TO THE SECOND AMENDED CLASS ACTION COMPLAINT AND SET A BRIEFING SCHEDULE**<br><br>Hon. George H. Wu |
| IOLA FAVELL, SUE ZARNOWSKI, and MARIAH CUMMINGS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA and 2U, INC.,<br><br>Defendants | Case No. 2:23-cv-03389-GW (MARx)<br><br>**STIPULATION REGARDING TIME FOR PLAINTIFFS TO FILE THE FIRST AMENDED CLASS ACTION COMPLAINT AND SET A BRIEFING SCHEDULE**<br><br>Hon. George H. Wu |

Defendants 2U, Inc. ("2U"), University of Southern California ("USC") (collectively "Defendants") and Plaintiffs Iola Favell, Sue Zarnowski, and Mariah Cummings (collectively "Plaintiffs") by and through their undersigned counsel, hereby stipulate and agree as follows, and jointly request that the Court enter an Order approving this Stipulation:

**WHEREAS**, on July 6, 2023, the Court heard oral argument on Defendants' Motions to Dismiss the First Amended Complaint in *Favell v. USC, et al.* Case No. 2:23-cv-000846 ("Favell I") (Dkt. 64) and Plaintiffs' Motion to Remand in *Favell v. USC, et al.* Case No. 2:23-cv-003389 ("Favell II") (Dkt. 47);

**WHEREAS**, on July 6, 2023, the Court granted 2U's Motion to Dismiss the First Amended Complaint in *Favell I* but permitted Plaintiffs leave to file an amended complaint on or before July 28, 2023 and set Defendants' deadline to respond on or before August 21, 2023 (Dkt. 64);

**WHEREAS**, that same day, the Court also denied Plaintiffs' Motion to Remand *Favell II*, making Defendants' response to the *Favell II* complaint due on or before July 28, 2023 (Dkt. 47);

**WHEREAS**, in the interest of efficiency, Plaintiffs intend to file a First Amended Complaint in *Favell II* to take into consideration this Court's guidance during the hearing and in its July 6, 2023, order, and to align the briefing schedules for these two related cases;

**WHEREAS**, Plaintiffs intend to file their First Amended Complaint in *Favell II* on July 28, 2023 (the same day as the Second Amended Complaint in *Favell I*), and the parties agree that it will obviate the need for Defendants to respond to the current Class Action Complaint in *Favell II*;

**WHEREAS**, Defendants will now be responding two amended complaints in both *Favell I* and *Favell II* over the same time period;

**WHEREAS**, counsel for Plaintiffs and Counsel for Defendants have met and conferred and respectfully submit that good cause exists to vacate the deadline

Defendants to respond to the current *Favell II* complaint, pending the filing of a First Amended Complaint and to set a briefing schedule for the responses (including any motions to dismiss) to the *Favell I* Second Amended Complaint and the *Favell II* First Amended Complaint;

**WHEREAS**, the Parties have not previously stipulated to any extensions of time to answer or otherwise respond to these Complaints;

IT IS HEREBY STIPULATED AND AGREED THAT:

1. The current deadline for Defendants to respond to the Class Action Complaint in *Favell II* is vacated.

2. Plaintiffs shall file the Second Amended Complaint in *Favell I* and the First Amended Complaint in *Favell II* on or before July 28, 2023.

3. Defendants shall answer or otherwise respond to the Second Amended Complaint in *Favell I* and the First Amended Complaint in *Favell II* on or before August 31, 2023.

4. If any response described in Paragraph 3 is a Motion to Dismiss, Plaintiffs shall file any opposition on or before September 29, 2023.

5. Defendants shall file replies to any opposition filed by Plaintiffs on or before October 20, 2023.

6. The Court shall hear oral argument on any Motions to Dismiss the Second Amended Complaint in *Favell I* or the First Amended Complaint in *Favell II* on November 16, 2023 at 8:30 a.m.

Respectfully Submitted,

Dated: July 26, 2023        LATHAM & WATKINS LLP

By */s/ Melanie M. Blunschi*
Elizabeth L. Deeley (Bar No. 230798)
elizabeth.deeley@lw.com
Melanie M. Blunschi (Bar No. 234264)
melanie.blunschi@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111

| | |
|---|---|
| 1 | Telephone: +1.415.391.0600 |
| 2 | Facsimile: +1.415.395.8095 |
| 3 | Roman Martinez (pro hac vice) |
| | roman.martinez@lw.com |
| 4 | 555 Eleventh Street, NW, Suite 1000 |
| | Washington, D.C. 20004-1304 |
| 5 | Telephone: +1.202.637.2200 |
| | Facsimile: +1.202.637.2201 |
| 6 | *Attorneys for Defendant 2U, Inc.* |
| 7 | |
| 8 | Dated: July 26, 2023    SHOOK HARDING & BACON LLP |
| 9 | |
| 10 | By */s/ Michael L. Mallow* |
| | Michael L. Mallow (Bar No. 188745) |
| 11 | mmallow@shb.com |
| | Mark D. Campbell (Bar No. 180528) |
| 12 | mdcampbell@shb.com |
| | 2049 Century Park East, Suite 3000 |
| 13 | Los Angeles, CA 90067 |
| | Telephone: +1.424.285.8330 |
| 14 | Facsimile: +1.424.204.9093 |
| 15 | *Attorneys for Defendant University of Southern California.* |
| 16 | Dated: July 26, 2023    TYCKO & ZAVAREEI LLP |
| 17 | |
| 18 | By */s/Kristen G. Simplicio* |
| | Kristen G. Simplicio (Bar No. 263291) |
| 19 | Anna Haac (*pro hac vice* to be filed) |
| | 2000 Pennsylvania Ave., N.W, Suite 1010 |
| 20 | Washington, District of Columbia 20006 |
| | Telephone: (202) 919-5852 |
| 21 | Facsimile: (202) 973-0950 |
| | ksimplicio@tzlegalcom |
| 22 | ahaac@tzlegal.com |
| 23 | Sabita J. Soneji (Bar No. 224262) |
| | Cameron R. Partovi (Bar No. 319589) |
| 24 | 1970 Broadway, Suite 1070 |
| | Oakland, California 94612 |
| 25 | Telephone: (510) 254-6808 |
| | Facsimile: (202) 973-0950 |
| 26 | ssondi@tzlegal.com |
| | cpartovi@tzlegal.com |
| 27 | Eric Rothschild (*pro hac vice* to be filed) |
| 28 | NATIONAL STUDENT LEGAL DEFENSE NETWORK |

1701 Rhode Island Avenue Northwest
Washington, District of Columbia 20036
Telephone: (202) 734-7495
eric@defendstudents.org

*Attorneys for Plaintiffs Iola Favell, Sue Zarnowski and Mariah Cummings*

**ATTESTATION**

I hereby attest pursuant to L.R. 5-4.3.4(a)(2)(i) that all other signatories listed above, and on whose behalf the filing is submitted, concur in the content of this filing and have authorized this filing.

Dated: July 26, 2023

/s/ *Melanie M. Blunschi*
Melanie M. Blunschi