1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| IOLA FAVELL, SUE ZARNOWSKI, MARIAH CUMMINGS, and AHMAD MURTADA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA and 2U, INC.,<br><br>Defendants. | Case No. CV 23-846-GW-MARx<br>**Case No. CV 23-3389-GW-MARx**<br><br>**ORDER GRANTING STIPULATION REGARDING FILING CONSOLIDATED MOTION TO DISMISS AND ADDITIONAL WORDS**<br><br>Hon. George H. Wu |

# ORDER

Having reviewed the stipulation of Plaintiffs Iola Favell, Sue Zarnowski, Mariah Cummings, and Ahmad Murtada ("Plaintiffs") and Defendants University of Southern California and 2U, Inc. ("Defendants"), and good cause appearing therefore, the Court hereby ORDERS that:

1. Defendant 2U shall file one consolidated Motion to Dismiss the claims in the SAC and the FAC not to exceed 10,000 words.
2. Plaintiffs shall file one consolidated opposition to 2U's consolidated Motion to Dismiss not to exceed 10,000 words.
3. Defendant 2U would file one consolidated reply not to exceed 7,500 words.

IT IS SO ORDERED.

Dated: August 24, 2023       By: _____
                                  HON. GEORGE H. WU,
                                  UNITED STATES DISTRICT JUDGE