# Exhibit 2



## Methodology: 2023-2024 Best Education Schools Rankings

Find out how U.S. News ranks graduate education programs.

By Robert Morse, Eric Brooks, Kenneth Hines, and Sam Wellington

April 24, 2023

 Save

  

Graduate programs in education can prepare students for leadership roles at colleges, universities, state and local governments, K-12 schools, and nonprofits. To assist in the search for the best fit program, U.S. News evaluated education schools on research activity, academic excellence of entering students, faculty resources, and opinions on program quality from education school deans and school hiring professionals. The Best Education Schools ranking is designed for prospective students seeking a doctorate in education and has a distinct methodology from U.S. News' ranking of online master's degree programs.



A school's Best Education Schools rank should be one consideration and not the lone determinant in where a student applies. The rankings assess academic quality and research success – factors that are universally important to prospective students. But personal considerations involving location, environment, strength of different fields, and cost after tuition and financial aid are also very important.

Consequently, U.S. News supplements its overall rankings with specialized education rankings and a detailed searchable education school directory. There are nine distinct rankings by area, such as curriculum and instruction, education policy, and special education. The full rankings and an array of academic and nonacademic data reported by schools are featured in the U.S. News directory and accessible via a customized search.

## How the Rankings Were Calculated

In fall 2022 and early 2023, U.S. News collected statistical and reputation data directly from education schools for the rankings and directory. Altogether, 459 schools granting doctoral education degrees were surveyed; 276 of them responded. A change for this edition was that schools with active programs that reported data the previous year but not in 2022-2023 were still ranked using previous year's statistical data and are flagged as such in the directory. In total, 272 schools in the ranking met the requirement of reporting data on at least 10 Ph.D. enrolled students. As always, U.S. News relies on schools to accurately report their data.

Exhibit 2, page 041



U.S. News derived each school's overall rank by scoring it on nine distinct ranking factors explained in the section below. These scores were standardized so they were compared with the means and standard deviations among all other ranked schools. Next, the standardized values were weighted, totaled and rescaled so the top school received 100; others received their percentage of the top score. Finally, each education school was numerically ranked in descending order of its overall score.

As education costs continue to soar, students and their families are placing more emphasis on the results that education can bring. Therefore, the ranking factor weights for this edition feature an increased emphasis on research and faculty resources, and a reduced emphasis on reputation and admissions selectivity. U.S. News took this approach based on knowledge that faculty productivity is a core attribute of a department enrolling doctorate students. As in past years, changes in methodology, together with changes in individual schools' data, can result in significant changes to schools' rankings.

⏩ **See the** Best Education Schools rankings.

***Research activity*** reflects two separate measures of research expenditures that comprise 50% (previously 30%) of each school's rank. For the first time, U.S. News computed the natural log of the two research indicators below before normalizing scores to account for the skewed distribution of grants data by facilitating a more uniform spread of values.

Exhibit 2, page 042



- **Total research expenditures (weighted 0.30, previously 0.15):** This is an education school's total research expenditures averaged over fiscal years 2022 and 2021. Expenditures refer to separately funded research – public and private – that the school conducted. The weight for the indicator was increased by more than the weight for the following per faculty indicator to give schools more credit for scale.

- **Average expenditures per faculty member (0.20, previously 0.15):** This measures faculty research productivity and is the research expenditures above corresponding to 2022-2023 and 2021-2022 academic year full-time tenured and tenure-track faculty, before averaging.

*Quality assessment* contains two separate qualitative indicators that in total comprise 25% (previously 40%) of each school's rank. U.S. News elected to reduce the weight of peer assessment more than for the education professionals assessment so the opinions of top school officials and hiring contacts were equally as impactful as those from academics.

- **Peer assessment score (0.125, previously 0.25):** Education school deans and deans of graduate studies at education schools rated the academic excellence of other schools' graduate programs, taking into account their research programs, on a scale of 1 (marginal) to 5 (outstanding). They were instructed to mark "don't know" for programs with which they were unfamiliar, and these ratings were not factored. A school's score is the weighted average of 1-5 ratings it received among all respondents. U.S. News surveyed the deans in fall 2022 and early 2023, and 39.5% of survey recipients at schools that submitted their statistical survey responded. For the first time, U.S. News required that each school participate in the most recent education

Exhibit 2, page 043

statistical survey for its ratings of other schools in the peer survey to be applied toward the rankings.

- **Educational professionals assessment score (0.125, previously 0.15):** School superintendents, school hiring contacts and professionals who hire graduates from graduate education programs rated the academic excellence of graduate education programs, taking into account their research programs, on a scale of 1 (marginal) to 5 (outstanding) in fall 2022 and early 2023. Respondents were instructed to mark "don't know" for schools they did not know enough about to rate. A school's score for 2023-2024 rankings is the weighted average of all 1-5 ratings it received across the three most recent survey years. Schools that received fewer than 10 cumulative ratings in the three most recent survey years received an assigned value matching the lowest average score for any ranked graduate education school with 10 or more ratings, and display "N/A" in place of an educational professionals assessment score on usnews.com. Graduate education schools provided U.S. News with the names of the school superintendents, hiring contacts and education professionals in summer 2022.

*Faculty resources* include four indicators of productivity that sum to 20% (previously 12%) of the formula. For the smallest programs with low single-digit counts of students and faculty, U.S. News calculated an assigned value under the conditions outlined below treating them as equal to the lowest scoring school with an eligible cohort. This was done to avoid outlier ratios based on insignificant counts.

- **Total doctoral degrees granted (0.08, previously 0.025)**: This is the total number of education doctoral degrees granted in 2021-2022. It is a measure of scale for faculty productivity and counterbalances the other faculty resource indicators that use ratios.

- **Student-faculty ratio (0.05, previously 0.045):** This is the 2022 ratio of all full-time-equivalent doctoral students plus one-half of full-time-equivalent master's students to full-time equivalent faculty. For both students and faculty, a part-time member was treated as one-third of a full-time member. The more faculty compared with a minimum of five students, the better a school scored. U.S. News then used a logarithmic transformation of the original value for the student-faculty ratio because such ratios have a skewed distribution.

- **Percentage of faculty with awards (0.05, previously 0.025):** This is the average percentage of full-time tenured or tenure-track faculty, out of at least five faculty members, who held awards or editorships among selected education journals in 2021 and 2022. This indicator in the rankings uses a comprehensive list of education-related

awards and journals adapted from a survey of deans from the Association of American Universities and the Council of Academic Deans from Research Education Institutions, conducted for U.S. News by a committee of AAU deans of education.

- **Graduate Degrees granted-faculty ratio (0.02, 0.02505 previously):** This is the ratio of doctoral degrees awarded plus one half of master's degree graduates in 2022 relative to a school's total faculty members (out of at least three) in 2021-2022. A smaller ratio is better because graduates are getting more attention, similar to student faculty ratio.

*Student selectivity* last year consisted of both GRE scores and acceptance rates and totaled 18% of a school's overall rank. For this edition, the two GRE ranking indicators (previously .12 in total weight) were completely dropped from the rankings formula, resulting from fewer education schools making significant use, if any, of these tests in admissions decisions. Note that several schools still do use GRE verbal and quantitative scores in admissions, and the full GRE data is only available to users with a U.S. News Education School Compass subscription. But without GRE scores in the formula, one admissions factor remains, weighted at 5%.

- **Acceptance rate (0.05, previously 0.06):** This is the proportion of applicants to the doctoral program who were offered admission for the 2022-2023 academic year. A lower acceptance rate indicates a program is more selective, and its students are more likely to have strong academic and professional experiences that best prepare them to handle rigorous coursework.

**Ranking Range Schools**

For greater transparency, U.S. News displayed the individual ranks of 90% of schools, up from 75% the previous year. For remaining ranked schools, only their bottom decile range displays and they are listed in alphabetical order.

Exhibit 2, page 045



U.S. News will supply schools listed in the ranking range with their numerical ranks if they submit a request following the procedures listed on the Information for School Officials page.

**Unranked Schools**

If a school is listed as unranked, that means it did not supply enough key statistical data to be numerically ranked by U.S. News or it enrolled fewer than 10 Ph.D. students. Schools marked as unranked are listed alphabetically below those marked with a ranking range.

**Specialty Rankings**

Education specialty rankings in curriculum and instruction, educational administration and supervision, education policy, educational psychology, elementary teacher education, higher education administration, secondary teacher education, special education, and student counseling and personnel services are based solely on nominations by education school deans and deans of graduate studies at education schools from the list of schools surveyed. They selected up to 15 top programs in each area. Schools receiving the most nominations in each specialty area were numerically ranked in descending order of nominations. Only schools that received at least seven nominations were ranked. At least five schools needed to receive seven or more nominations in a specialty area for U.S. News to produce a ranking in this edition.

**Online Degree Programs**

Exhibit 2, page 046

Master's programs whose requirements are predominantly online were separately ranked in U.S. News' latest Best Online Education Programs, released most recently in January 2023. Many education schools were ranked in both, but the online degree ranking is specific to master's degree programs while this ranking is Ph.D.-focused.



**Directory and Search**

All 459 education schools surveyed have a detailed profile in U.S. News' directory. These profiles are populated with data that education schools provided directly to U.S. News. If a data point is listed as "N/A" the school did not report it or its underlying cohort was so small that data was suppressed for privacy reasons.

To search within the education rankings, users can filter by characteristics like location, enrollment, full-time tuition and GRE scores.

*Searching for an education school? Browse the* rankings *of the Best Education Schools.*

Tags: **education**, **education graduate school**, **graduate schools**, **GRE**, **rankings**

---

**Read More**



Exhibit 2, page 047

## YOU MAY ALSO LIKE


**Law Applicants: Explain College Major**


**How to Pay for Medical School**


**Defer Grad School or Withdraw App**




**Writing Med School Secondary Essays**

Exhibit 2, page 048

Choose Among Similar LSAT Answer Choices 

College Classes Taken in High School 

Tips for Older Med School Applicants 

What Is a J.D. Degree? 



Understanding LSAT Score Preview 

Salary You Can Expect With a Law Degree 

Load More

Exhibit 2, page 049

BEST COLLEGES

GRAD SCHOOLS

ONLINE COLLEGES

GLOBAL 

K-12 SCHOOLS

COMMUNITY COLLEGES

PREMIUM TOOLS



About    Editorial Guidelines    Contact    Press    Advertise

Newsletters    Jobs    Site Map    Store

Copyright 2023 © U.S. News & World Report L.P.

Terms & Conditions/Privacy Policy and Cookie Notice/US State Privacy Notice/Your Privacy Choices

Exhibit 2, page 050