# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| IOLA FAVELL, SUE ZARNOWSKI, MARIAH CUMMINGS, and AHMAD MURTADA, *on behalf of themselves and all others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br><br>UNIVERSITY OF SOUTHERN CALIFORNIA and 2U, INC.,<br><br>Defendants. | Case Nos. CV 23-846-GW-MARx and **CV 23-3389-GW-MARx**<br><br>**STIPULATED ORDER REGARDING DISCOVERY OF ELECTRONICALLY STORED INFORMATION** |

# ORDER

The parties in the above-captioned actions have submitted a Stipulated Order Regarding Discovery of Electronically Stored Information. Having considered the parties' stipulation, and for good cause shown,

IT IS HEREBY ORDERED THAT the Stipulated Order Regarding Discovery of Electronically Stored Information is GRANTED and governs both *Favell I* and *Favell II*.

IT IS SO ORDERED.

DATED: November 16, 2023

_____
**HON. GEORGE H. WU**
**UNITED STATES DISTRICT JUDGE**