UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IOLA FAVELL, SUE ZARNOWSKI, MARIAH CUMMINGS, and AHMAD MURTADA, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA and 2U, INC.,<br><br>Defendants. | Case No. CV 23-3389-GW-MARx<br><br>Assigned to: Hon. George H. Wu<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

Upon consideration of the Joint Stipulation to Continue Hearing on Plaintiffs' Motion for Class Certification (ECF No. 161), and finding good cause, the Court enters the hearing date below:

1. The hearing on Plaintiffs' Motion for Class Certification is continued from January 30, 2025 to February 27, 2025 at 8:30 a.m.

**IT IS SO ORDERED.**

Dated: January 17, 2025

HON. GEORGE H. WU,
United States District Judge