# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 23-3389-GW-MARx | Date | June 16, 2025 |
|---|---|---|---|

| Title | *Iola Favell, et al. v. University of Southern California, et al.* |
|---|---|

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Eric Rothschild | Mark D. Campbell |
| Anna C. Haac | Michael L. Mallow |

**PROCEEDINGS:** TELEPHONIC CONFERENCE

Court and counsel discuss the scheduling report filed on June 11, 2025 [205]. For reasons stated on the record, the status conference is continued to June 23, 2025 at 8:30 a.m. The parties are to file a revised schedule by noon on June 18, 2025.

:  10

Initials of Preparer  JG