1
2
3
4
5
6
7
8
9
10
11
12

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| IOLA FAVELL, SUE ZARNOWSKI, MARIAH CUMMINGS, and AHMAD MURTADA, *on behalf of themselves and all others similarly situated*, | Case No. 2:23-cv-00846-GW-MAR; Case No. 2:23-cv-03389-GW-MAR |
|---|---|
| Plaintiffs, | **CLASS ACTION** |
| v. | **[PROPOSED] ORDER ENTERING JOINT SCHEDULE** |
| UNIVERSITY OF SOUTHERN CALIFORNIA, | |
| Defendant. | |

# [PROPOSED] ORDER

Having reviewed the Joint Scheduling Report submitted by Plaintiffs Iola Favell, Sue Zarnowski, Mariah Cummings, and Ahmad Murtada and Defendant University of Southern California, and good cause appearing therefor, the Court hereby ORDERS that in both Favell I and Favell II, the following case schedule and deadlines apply to certain events related to both Favell I and Favell II:

| Event | Deadline |
| --- | --- |
| June 25, 2025 | USC to provide Plaintiffs with the parameters of the contact information data it has available for the class |
| July 2, 2025 | Plaintiffs to provide USC with Class Notice Proposal |
| July 9, 2025 | Parties to M&C regarding Class Notice Proposal |
| July 17, 2025 | Parties to Submit Class Notice Proposal to Court with any areas of disagreement |
| July 31, 2025 | Hearing on Class Notice Proposals |
| 7 Days following Court's Order Approving Class Notice | USC to provide Class List and available contact information to notice administrator within seven (7) days from an order by the Court directing USC to do so. |
| August 31, 2025 | Class Notice complete |
| October 1, 2025 | Merits expert reports from Plaintiffs (including any conjoint survey back-up data, calculations, and outputs) |
| October 22, 2025 | Deadline to complete depositions regarding any opinions served on 10/1 |
| October 31, 2025 | Opt-out deadline |
| November 7, 2025 | Class List to Be Provided to Class Counsel **[Defendant oppose this requirement]** |

| | |
|---|---|
| December 15, 2025 | Defendant expert reports, including rebuttal to opinions served on 10/1 (including any conjoint survey back-up data, calculations, and outputs) |
| January 15, 2026 | Deadline to complete Depositions regarding any opinions served on 12/30 |
| February 5, 2026 | Plaintiff expert reports in rebuttal to opinions served on 12/15 (including any conjoint survey back-up data, calculations, and outputs) |
| February 19, 2026 | Deadline to complete Depositions regarding any opinions served on 2/5 |
| March 12, 2026 | Close of Discovery |
| March 26, 2026 | Summary Judgment/Rule 702 Motions |
| April 28, 2026 | Oppositions to Summary Judgment/Rule 702 Motions |
| May 28, 2026 | Replies to Summary Judgment/Rule 702 Motions |
| June 25, 2026 | Hearing on Summary Judgment/Merits 702 Motions |
| July 21, 2026 | MILs due (at least 21 days prior to FPTC) |
| July 21, 2026 | Exchange of exhibits, witnesses, jury instructions (at least 21 days prior to FPTC) |
| July 31, 2026 | M&C for preparation of joint trial submission (at least 10 days before FPTC) |
| August 7, 2026 | Oppositions to MILs (at least 10 days before FPTC) |
| August 21, 2026 | Replies to MILs (at least 10 days before FPTC) |

The Court acknowledges that nothing in this Joint Scheduling Report prevents any party from seeking to introduce supplemental and/or rebuttal expert testimony as allowed by law and applicable court rules.

1
2      IT IS SO ORDERED.
3
4   Dated: _____                By: _____
                                     HONORABLE GEORGE H. WU
5                                    UNITED STATES DISTRICT JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28