UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-3389-GW-MARx | Date | June 23, 2025 |
|---|---|---|---|
| Title | *Iola Favell, et al. v. University of Southern California, et al.* | | |

Present: The Honorable GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  
Eric Rothschild  
Anna C. Haac

Attorneys Present for Defendants:  
Mark D. Campbell  
Michael L. Mallow

**PROCEEDINGS:** TELEPHONIC CONFERENCE

Court and counsel discuss the scheduling report filed on June 18, 2025 [192]. The Court adopts the proposed dates in the scheduling report except as indicated on the record. Separate order to issue.

: 05

Initials of Preparer   JG